IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DERRICK J. HARVEY,**

Petitioner,

v.

**A. W. SHERROD, Warden,**

Respondent.   No. 08-CV-0613-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation issued by United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on July 27, 2009, the petition is **DENIED** and this case is **DISMISSED** with prejudice-------------------------------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**

BY:   /s/*Sandy Pannier*
      **Deputy Clerk**

Dated: July 27, 2009.

APPROVED: /s/   *David R Herndon*
          CHIEF JUDGE
          U. S. DISTRICT COURT